UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ZULEICA HERRERA, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-2791 |
| DOCTORS HOSPITAL OF JEFFERSON | * | SECTION: "D"(3) |

**O R D E R**

Before the court is the **"Motion to Set Aside Judgment of Dismissal and Reinstate Complaint."** No memorandum in opposition was filed. The motion, set for hearing on Wednesday, April 12, 2006, is before the court on Plaintiffs' brief, without oral argument. Now, having considered the memorandum of Plaintiffs' counsel, the record, and the applicable law, the court **GRANTS** the motion, **VACATES** the Judgment (Doc. No. 4) entered on March 14, 2006, **ORDERS** that this matter be reinstated to the court's active Trial docket, and **ORDERS** Plaintiffs to serve Defendant with the summons and complaint within **thirty (30) days** of the entry of this Order.

New Orleans, Louisiana, this **12th** day of **April, 2006**.

                                                              _____
                                                                   A.J. McNAMARA
                                                        UNITED STATES DISTRICT JUDGE